UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAFE FOUNDATION, INC.,

    Plaintiff,

v.

BRIEN A. SEELEY, M.D., et al.,

    Defendants.

Case No. 16-cv-00628-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Deadline to add parties or amend the pleadings | June 17, 2016[1] |
| Fact discovery cut-off | December 16, 2016 |
| Updated Joint Case Management Statement due | January 9, 2017 |
| Further Case Management Conference | January 18, 2017 at 2:00 p.m. |
| Expert disclosures | March 31, 2017 |
| Expert rebuttal | April 21, 2017 |
| Expert discovery cut-off | May 5, 2017 |

---

[1] The effect of this deadline is to trigger Rule 16's good cause requirement. Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Deadline to file dispositive motions | May 5, 2017 |
| Pretrial conference statement due | July 18, 2017 |
| Pretrial conference | July 28, 2017 at 2:00 p.m. |
| Trial | August 21, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | Four |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

The Case Management Conference scheduled for June 8, 2016 is VACATED.

IT IS SO ORDERED.

Dated: June 6, 2016

JON S. TIGAR
United States District Judge